AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| UNITED NATURAL FOODS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL. (see attached for complete list of Defendants <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-01596-TAM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America - see attached for a complete list of Defendants

> U.S. Attorney General - US Department of Justice - 950 Pennsylvania Avenue, Washington, DC 20530
> US Attorney for the Eastern District of New York - 271 Cadman Plaza, Brooklyn, NY 11201
> Internal Revenue Service - 1111 Constitution Avenue, NW, Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  George R. Pitts, Esq.
Birch Horton Bittner & Cherot
1150 Connecticut Avenue, NW, Ste. 350
Washington, DC  20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  4/22/2026                                      S. GALEANO

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-01596-TAM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

In re:

**UNITED NATURAL FOODS, INC.,** *a Delaware Corporation*

**Interpleader-Plaintiff,**

**vs.**

**UNITED STATES OF AMERICA**

SERVE: Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

SERVE: U.S. Attorney's Office for the Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

SERVE: Internal Revenue Service
Office of the General Counsel
1111 Constitution Avenue, NW, Washington, DC 20224

**APEX FUNDING SILVER LLC,** *a Delaware limited liability company*
SERVE: File Right Corporate Services, LLC, 17031 Minos Conaway Road, Lewes, DE 19958
[Registered Agent]

**CORE FUNDING SOURCE LLC,** *a California* limited *liability company*
SERVE: Howard Elyashar, 16255 Ventura Blvd., Suite 1018
Encino, CA 91436 [Registered Agent]

**HOLLY FUNDING, LLC** *a Wyoming* limited *liability company*
SERVE: Cloud Peak Law LLC, 1095 Sugar View Dr., Ste 500
Sheridan, WY 82801 [Registered Agent]

**FUNDING FUTURES LLC,** *a Delaware limited liability company*
SERVE: 8 The Green, Suite A, Dover, DE 19901 [Registered Agent]

**VIDA EQUITY GROUP LLC,** *a Delaware limited liability company*
SERVE: Interstate Agent Services LLC, 1811 Silverside Road, Suite 260, Wilmington, DE 19810
[Registered Agent]

**DEPENDANCE PLATINUM FL, LLC,** *a Florida limited liability company*
SERVE: Corporate Creations Network Inc., 801 US Highway 1
North Palm Beach, FL 33408 [Registered Agent]

**VALINOR CAPITAL PARTNERS, LP,** *a Delaware limited partnership*
SERVE: Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 [Registered Agent]

**AVION FUNDING LLC,** *a Florida limited liability company*
SERVE: NUCO Filings Corp, 155 Office Plaza Drive, 1st Floor
Tallahassee, FL  32301 [Registered Agent]

**SHINE CAPITAL GROUP LLC,** *a Delaware limited liability company*
SERVE: Vcorp Services LLC, 108 W. 13th Street, Suite 100
Wilmington, DE  19801 [Registered Agent]

**JCR SERVICES LLC,** *a California limited liability company*
SERVE: Janice Atkins, 733 Lakefield Road, Unit A, Westlake,
CA  91361 [Registered Agent]

**Interpleader-Defendants.**

- 2 -

2091668.1